UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Aztec Energy Partners, Inc.
                    Plaintiff,

v.                                              Case No.: 1:08–cv–02379
                                                Honorable Virginia M. Kendall

Sensor Switch, Inc.
                    Defendant.

ORDER REFERRING A CIVIL CASE TO THE
DESIGNATED MAGISTRATE JUDGE

    Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Nan R. Nolan for the purpose of holding proceedings related to: discovery motion: Motion for Protective Order [1]. (kw, ) Mailed notice.

Dated: May 1, 2008

                                                /s/ Virginia M. Kendall
                                                United States District Judge