UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Aztec Energy Partners, Inc.
                         Plaintiff,

v.                                    Case No.: 1:08–cv–02379
                                       Honorable Virginia M. Kendall

Sensor Switch, Inc.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 1, 2008:

      MINUTE entry before Judge Honorable Nan R. Nolan: Initial status hearing held. Motion hearing held on Plaintiff's Motion for Protective Order [1]. Plaintiff's Motion for Protective Order [1] is entered and continued. Status hearing set for 5/7/2008 at 2:00 p.m. Out of town counsel are given leave to participate telephonically.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.