ORIGINAL 

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Aztec Energy Partners, Inc.

v.

Sensor Switch, Inc.

08CV2379
JUDGE KENDALL
MAGISTRATE JUDGE NOLAN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

F I L E D

Apr 29, 2008

APR 2 9 2008

JUDGE VIRGINIA M. KENDALL
U.S DISTRICT COURT

| NAME (Type or print) |
| David C. Newman |

SIGNATURE (Use electronic signature if the appearance form is filed electronically)

s/ _DC Newman_

FIRM

Smith, Gambrell & Russell, LLP

STREET ADDRESS

Suite 3100, Promenade II  1230 Peachtree Street, N.E.

CITY/STATE/ZIP

Atlanta, Georgia 30309-3592

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| | (404) 815-3500 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐